462    COURT OF ERRORS AND APPEALS.

Melroy v. Richey.    Black v. State.    *53 N. J. L.*

ROBERT MELROY, COLLECTOR OF BETHLEHEM, PLAINTIFF IN ERROR, v. STATE, MARY F. RICHEY, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Martin Wyckoff.*

For the defendant in error, *William M. Davis.*

*For affirmance*—THE CHIEF JUSTICE, DEPUE, GARRISON, MAGIE, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, SMITH, WHITAKER.   10.

*For reversal*—THE CHANCELLOR, REED.   2.

JAMES L. BLACK, PLAINTIFF IN ERROR, v. THE STATE OF NEW JERSEY, DEFENDANT IN ERROR.

On error to the Monmouth Oyer.

For the plaintiff in error, *R. Ten Broeck Stout.*

For the defendant in error, *John W. Swartz.*

*For affirmance*—THE CHANCELLOR, DEPUE, DIXON, GARRISON, KNAPP, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, SMITH.   12.

*For reversal*—None.